# Court of Appeals
# of the State of Georgia

ATLANTA,  May 13, 2026

*The Court of Appeals hereby passes the following order:*

**A26D0499. AMBER EVANS v. CHRIS EVANS.**

On March 27, 2026, the trial court entered a final order on custody and child support. The mother, Amber Evans, purportedly filed a motion for reconsideration, which the trial court denied.[1] The mother then filed this pro se application for discretionary appeal on May 5, 2026. We, however, lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-35(d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Here, the mother filed her application 39 days after the entry of the March 27 order. Furthermore, the filing of a motion for reconsideration does not extend the time for filing an appellate challenge to an appealable order, and the denial of a motion for reconsideration is not appealable in its own right. *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271, 271 (326 SE2d 5) (1985).

Consequently, any order denying the motion for reconsideration is not appealable, and the mother's application is untimely as to the March 27 order.

---

[1] The mother has not provided this Court with a copy of that order.

Accordingly, this application is DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __05/13/2026__

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*